MC/vd: USAO#2011R00568

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2011 DEC 13 P 4: 18

CLERK'S OFFICE
AT BALTIMORE

BY _____

**UNITED STATES OF AMERICA**

v.

**JOSEPH ANTHONY KALLASH,**

**Defendant**

CRIMINAL NO. JKB-11-0673

\* **(Production of Child Pornography,**
\* **18 U.S.C. § 2251(a); Receipt of Child**
\* **Pornography, 18 U.S.C. 2252(a)(2);**
\* **Distribution of Child Pornography,**
\* **18 U.S.C. § 2252(a)(2); Enticement**
\* **of a Minor, 18 U.S.C. § 2422(b);**
\* **Possession of Child Pornography,**
\* **18 U.S.C. § 2252(a)(4)(B); Forfeiture,**
\* **18 U.S.C. § 2253)**

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about August 3, 2010, in the District of Maryland, the defendant,

**JOSEPH ANTHONY KALLASH,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually

explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of

producing a visual depiction of such conduct, and the defendant knew and had reason to know

that such visual depiction would be transported and transmitted using any means and facility of

interstate and foreign commerce and in and affecting interstate and foreign commerce and

mailed, which visual depiction had been produced and transmitted using materials that had been

mailed, shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, that is, the defendant produced visual depictions of a minor engaged in

1

sexually explicit conduct, including, but not limited to, files with the following titles: "SSPX0234.jpg" which depicts naked minor female, "C.W.," sitting on what appears to be a couch with her knees bent and her legs spread, exposing her genitalia; and "SSPX0236.jpg" which depicts the same naked minor female, "C.W.," with her arms crossed across her stomach, her knees are bent and her legs are spread, exposing her genitalia, and there appears to be a blue sex toy inserted into the minor female's vagina.

18 U.S.C. § 2251(a)

2

## COUNT TWO
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about January 25, 2009, in the District of Maryland, the defendant,

### JOSEPH ANTHONY KALLASH,

did knowingly receive any visual depiction using any means and facility of interstate and foreign

commerce, and that had been mailed, shipped and transported in and affecting interstate and

foreign commerce, and which contained materials which had been so mailed, shipped and

transported, by any means including by computer, the production of which involved the use of a

minor engaged in sexually explicit conduct and such visual depiction being of such conduct, that

is, the defendant received a video, titled "!_0_BREE_001-and_Big_Sis.wmv," through his

Yahoo email account, m2d15@yahoo.com, which 50 second video contained images of a naked,

pubescent female performing oral sex on a naked, prepubescent female.

18 U.S.C. § 2252(a)(2)

3

## COUNT THREE
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about January 25, 2009, in the District of Maryland, the defendant,

### JOSEPH ANTHONY KALLASH,

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduces any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the defendant distributed a visual depiction of a minor engaging in sexually explicit conduct, including, but not limited to, files with the following titles: "3.jpg," "Carl David Hyman Jr-KIDDIE SEX 02 – Witch nudist naked penis preteen vagina little girls ass 8yr child panties gay hussyfa-1.jpg," "6yr old yo underage child daughter childsex childfugga childlover ptsc pthc lsm lsn pedo rape torture cum ass pussy hussyfan ma.jpg," and "CARL DAVID HYMAN JR-KIDDIE SEX 2010 – Witch nudist naked penis preteen vagina little girls ass 6yr panties gay hussyfan.jpg."


18 U.S.C. § 2252(a)(2)

## COUNT FOUR
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about January 9, 2011, in the District of Maryland, the defendant,

### JOSEPH ANTHONY KALLASH,

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduces any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the defendant distributed a visual depiction of a minor engaging in sexually explicit conduct, including, but not limited to, files with the following titles: "98.jpg," "SSPX0234.jpg," "Pthc (601).jpg," and "'.jpg."


18 U.S.C. § 2252(a)(2)

5

## COUNT FIVE
### (Enticement)

The Grand Jury for the District of Maryland further charges that:

Between on or about June 30, 2011, and on or about July 1, 2011, in the District of

Maryland, the defendant,

## JOSEPH ANTHONY KALLASH,

did knowingly use and attempt to use a facility and means of interstate and foreign commerce to

knowingly persuade, induce, entice and coerce an individual who has not attained the age of 18

years to engage in sexual activity for which any person could be charged with a criminal offense.


18 U.S.C. § 2422(b)

6

## COUNT SIX
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about July 1, 2011, in the District of Maryland, the defendant,

## JOSEPH ANTHONY KALLASH,

did knowingly possess and knowingly access with intent to view one or more matters which contained any visual depiction that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, that is, the defendant did possess a Dell Laptop computer, S/N: 6PG6YM1, with accompanying hard disk drive, that contained one or more visual depictions of minors engaged in sexually explicit conduct, including, but not limited to, files with the following titles:  "24.jpg," "bedtime.jpg," and "hornytoad's best cp ptn lsm pthc (149).jpg."


18 U.S.C. § 2252(a)(4)(B)

## FORFEITURE

As a result of the offenses set forth in Counts One through Six, the defendant,

### JOSEPH ANTHONY KALLASH,

shall forfeit to the United States his interest in all property, real and personal, (1) that was used, or intended to be used, to commit or to promote the commission of the offenses in Counts One through Six, including but not limited to a  Dell Laptop computer, Model Studio 1535, S/N: 5SWJ3H1, with accompanying Western Digital 500 gb external hard disk drive, S/N WCAV9C424459T; a Dell Inspiron computer, model M5010, S/N 6PG6YM1; a Sprint Samsung cell phone, model SPH-M810; and a Sprint HTC camera cellphone;  (2) a blue, 2006 Hyundai Elantra, displaying Maryland tag 2FKX77; (3) any and all other property seized from the defendant's residence, vehicle or person on or about July 1, 2011, pursuant to authorized search warrants; or (4) any other property that constitutes or traceable to gross profits or other proceeds obtained, directly or indirectly, as a result of the offenses in Counts One through Six.

18 U.S.C. § 2253

_Rod J. Rosenstein /pva/_
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

12/13/11
Date

**SIGNATURE REDACTED**

Foreperson

8